**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:	Case No. 6:20−bk−00081−KSJ
	Chapter 7

Lionel Santos


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 7, 2020 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Schedules A through J and a fully completed Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 7 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

   The Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Statement of Your Current Monthly Income and Means−Test Calculation (Official Form B122A) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   A Statement of Intentions for Individuals Filing Under Chapter 7 was not signed, not filed, or filed on an outdated form. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C § 521(a)(2)A), the Debtor is directed to file a Statement of Intentions for Individuals Filing Under Chapter 7 (Official Form B108), signed under penalty of perjury within 30 days. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

   The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  |  |
|---|---|
| Dated: January 8, 2020 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.